Argued October 28, affirmed November 5, petition for rehearing
denied December 27, 1971 and former opinion withdrawn,
reversed and remanded

## STATE OF OREGON, *Respondent, v.*
## JAMES R. KAY, *Appellant.*

489 P2d 1152
490 P2d 1262

*Howard R. Lonergan,* Portland, argued the cause
for appellant. With him on the brief was Jack R.
Hannam, Portland.

*Joseph F. Ceniceros,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Martinka,* 2 Or App 499, 468
P2d 903 (1970); *State v. Roisland,* 1 Or App 68, 459
P2d 555 (1969).

### ON PETITION FOR REHEARING

On appellant's petition for rehearing filed November 22, 1971. Former opinion filed November 5, 1971,
7 Or App 462, 489 P2d 1152.

Jack R. Hannam, Portland, for the petition.

Lee Johnson, Attorney General, and Joseph F. Ceniceros, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PETITION FOR REHEARING DENIED. FORMER OPINION WITHDRAWN. REVERSED AND REMANDED. *State v. Michael Webb Smith,* 260 Or 349, 490 P2d 1262 (1971).

PER CURIAM.